IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JIM ATKINS,<br><br>   Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE<br>Commissioner, Social Security<br>Administration,<br><br>   Defendant. | CIVIL ACTION FILE<br>NO. 1:07-CV-1180-TWT |

ORDER

This is an employment discrimination action in which the Plaintiff contends that the Defendant discriminated against him by failing to give him a Recognition of Contribution Award in 2005. It is before the Court on the Report and Recommendation [Doc. 16] of the Magistrate Judge recommending granting the Defendant's Motion for Summary Judgment [Doc. 2]. The Plaintiff's Objections are without merit. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion for Summary Judgment [Doc. 2] is GRANTED.

T:\ORDERS\07\Atkins\r&r.wpd

SO ORDERED, this 5 day of December, 2007.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge